US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 09 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AUSTIN DAVIS )
)
Plaintiff )
v. ) No. 17-6004
)
CYNTHIA TRUJILLO )
)
Defendant )

## NOTICE OF REMOVAL FROM STATE COURT

Comes now the United States of America, acting by and through the United States Attorney for the Western District of Arkansas, and states:

1. That this action was commenced and is pending in the Circuit Court of Hot Spring County, Arkansas, as Cause No. 30CV-16-228, and purports to be an action to claim damages against a federal employee for various alleged torts committed while serving in her role as a federal employee.

2. This action appears to be an attempt to claim damages against the United States of America[1] and its employee, and is thus removable by the United States under Sections 1346, 1442, and 2679(d)(2) of Title 28, United States Code.

3. A copy of Plaintiff's Summons, Complaint, Answer of the Defendant, Cynthia Trujillo, and Motion to Extend Time for Completing Service of Process being all the pleadings, process, or orders in this case are attached hereto and filed herein. In addition, the Certificate of Scope of Employment, is attached hereto and filed herein. Neither the individual federal

---

[1] The United States, not the individual federal employee, is the proper party in matters involving alleged tortuous acts committed by federal employees acting within the scope of their employment.

1

employee, Cynthia Trujillo nor the United States Attorney's Office for the Western District of

Arkansas has been served with Summons or Complaint.

WHEREFORE, the United States of America, prays that this action be removed from the

above described State Court to the United States District Court for the Western District of

Arkansas, Hot Springs Division.

KENNETH ELSER
UNITED STATES ATTORNEY

By: *Mark W. Webb*

Mark W. Webb
Assistant U. S. Attorney
Ark. Bar Number 77141
414 Parker Avenue
Ft. Smith, AR  72901
Phone:  (479) 783-5125
Fax:  (479) 441-0569
Email:  mark.webb@usdoj.gov

## CERTIFICATE OF SERVICE

I, Mark W. Webb, Assistant U.S. Attorney for the Western District of Arkansas, hereby

certify that on January 9, 2017, I mailed the foregoing document to:

Don P. Chaney
S. Taylor Chaney
CHANEY LAW FIRM, P.A.
P. O. Box 1405
Arkadelphia, AR  71923

Jason J. Campbell
ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201

*Mark W. Webb*

Mark W. Webb

2