IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AUSTIN DAVIS                                                           PLAINTIFF

V.                          CASE NO. 6:17-CV-06004

UNITED STATES OF AMERICA                                              DEFENDANT

## ORDER

Before the Court is the Government's Motion to Dismiss. ECF No. 9. Plaintiff has filed a response. ECF No. 20. Plaintiff has also filed a letter in which he states that he does not oppose dismissal of this action without prejudice for failure to comply with the administrative provisions of the Federal Tort Claims Act. ECF No. 21. Accordingly, the Court finds that this matter should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge